1 DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 MATTHEW M. SCOBLE, Bar #237432
Designated Counsel for Service
3 801 I Street, 3rd Floor
Sacramento, California 95814
4 Telephone: (916) 498-5700

5 Attorney for Defendant
ERIC GREGORY LOWE
6

7
IN THE UNITED STATES DISTRICT COURT
8
FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
UNITED STATES OF AMERICA,        )  NO. Cr.S-12-297-LKK
11                                 )
                Plaintiff,         )
12                                 )     **STIPULATION AND ORDER;**
        v.                         )  **CONTINUING STATUS CONFERENCE**
13                                 )        **AND EXCLUDING TIME**
ERIC GREGORY LOWE,                 )
14                                 )  Date:  November 6, 2012
                Defendant.         )  Time:  9:15 a.m.
15 _____ )  Judge: Hon. Lawrence K. Karlton

16
        IT IS HEREBY STIPULATED by and between the parties hereto through
17
their respective counsel, KYLE REARDON, Assistant United States
18
Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for ERIC
19
GREGORY LOWE, that the status conference hearing date of September 25,
20
2012 be vacated, and the matter be set for status conference on
21
November 6, 2012 at 9:15 a.m.
22
        The reason for this continuance is to allow defense counsel
23
additional time to review discovery with the defendant, to examine
24
possible defenses and to continue investigating the facts of the case.
25
        Based upon the foregoing, the parties agree that the time under
26
the Speedy Trial Act should be excluded from the date of signing of
27
this order through and including November 6, 2012 pursuant to 18 U.S.C.
28

1  §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code

2  T4 based upon continuity of counsel and defense preparation.

3

   DATED:   September 24, 2012.                    Respectfully submitted,

4
                                                   DANIEL J. BRODERICK
5                                                  Federal Public Defender

6

7                                                  /s/ Matthew Scoble
                                                   MATTHEW SCOBLE
8                                                  Designated Counsel for Service
                                                   Attorney for ERIC GREGORY LOWE
9

10 DATED:   September 24, 2012.                    BENJAMIN WAGNER
                                                   United States Attorney
11

12
                                                   /s/ Matthew Scoble for
13                                                 KYLE REARDON
                                                   Assistant U.S. Attorney
14                                                 Attorney for Plaintiff

15

16

17                                    ORDER

18     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

19 ordered that the September 25, 2012, status conference hearing be

20 continued to November 6, 2012, at 9:15 a.m.  Based on the

21 representation of defense counsel and good cause appearing there from,

22 the Court hereby finds that the failure to grant a continuance in this

23 case would deny defense counsel reasonable time necessary for effective

24 preparation, taking into account the exercise of due diligence.  The

25 Court finds that the ends of justice to be served by granting a

26 continuance outweigh the best interests of the public and the defendant

27 in a speedy trial.  It is ordered that time up to and including the

28 November 6, 2012 status conference shall be excluded from computation

1  of time within which the trial of this matter must be commenced under

2  the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)

3  and Local Code T-4, to allow defense counsel reasonable time to

4  prepare.

5  Dated: September 24, 2012

6  LAWRENCE K. KARLTON

7  SENIOR JUDGE
   UNITED STATES DISTRICT COURT